IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROQUE "ROCKY" DE LA FUENTE | : | |
| | : | **CIVIL ACTION** |
| **PLAINTIFF,** | : | |
| | : | **No.1:16-cv-01696** |
| v. | : | **Judge Jones** |
| | : | |
| PEDRO A. CORTÉS,  in his official capacity | : | |
| as the Secretary of the Commonwealth of | : | |
| Pennsylvania; and JONATHAN MARKS, | : | |
| in his official capacity as Commissioner, | : | |
| of the Bureau of Commissions, Elections and | : | *Filed Electronically* |
| Legislation | : | |
| | : | |
| **DEFENDANTS.** | : | |

## ORDER

AND NOW, this __16th__ day of __December__ 2016, upon consideration of:

"Plaintiff's Unopposed Motion to Extend Time to File Brief in Opposition to

Defendants' Motion to Dismiss Plaintiff's Amended Complaint" requesting that

this Court extend the time for plaintiff to file a brief in opposition to defendants'

pending motion to dismiss plaintiff's Amended Complaint from Monday,

December 19, 2016 to Monday, January 9, 2017, it is HEREBY ORDERED that

plaintiff's motion is GRANTED.

1

Accordingly, IT IS ORDERED that plaintiff shall have until Monday, January 9, 2017, to file a brief in opposition to defendants' pending motion to dismiss plaintiff's Amended Complaint.

Hon. John E. Jones, U.S.D.J