# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROQUE "ROCKY" DE LA FUENTE, | : | |
| | : | 1:16-cv-01696 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| PEDRO A. CORTÉS, in his official capacity as the Secretary of the Commonwealth of Pennsylvania; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections and Legislation, | : | |
| Defendants. | : | |

## ORDER

**August 21, 2017**

Presently before this Court is a Motion to Dismiss (Doc. 34) filed by Defendants Pedro A. Cortés and Jonathan Marks. In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Dismiss (Doc. 34) is **GRANTED** in its entirety.

2. The Clerk of the Court **SHALL CLOSE** the file on this case

                                                         s/ John E. Jones III
                                                         John E. Jones III

United States District Judge