UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-3778
_____

ROQUE DE LA FUENTE, a/k/a Rocky,
                                                             Appellant

v.

PEDRO A. CORTES, in his official capacity as the Secretary of the Commonwealth of Pennsylvania; JONATHAN M. MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(District Court No. 1-16-cv-01696)
District Judge: Honorable John E. Jones III

_____

Submitted under Third Circuit L.A.R. 34.1(a)
July 10, 2018

Before: SHWARTZ, NYGAARD, and RENDELL, <u>Circuit Judges</u>.

## **JUDGMENT**

This case came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted under Third Circuit LAR 34.1(a) on July 10, 2018.

On consideration whereof, is it now here

**ORDERED and ADJUDGED** by this court that the Judgment of the District Court entered November 20, 2017, be and the same is hereby **AFFIRMED**.

Costs taxed against appellant.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: August 7, 2018